UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANNERI SAGARIO IZURIETA,

Petitioner,

v.

WARDEN, FEDERAL DETENTION CENTER,

Respondent.

CASE NO. 2:26-cv-01416-KKE-BAT

**ORDER OF DISMISSAL**

Having reviewed, *de novo*, the Report and Recommendation and the record, and having received no objections or responses by the deadline, the Court ORDERS as follows:

(1) The Court ADOPTS the Report and Recommendation.

(2) The petition is DISMISSED without prejudice

(3) The Clerk shall provide Petitioner a copy of this Order.

Dated this 27th day of August, 2026.

Kymberly K. Evanson
United States District Judge